UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JUNE TAILOR, INC.,

    Plaintiff,

v.                                               Case No. 06-C-251

HOBBS BONDED FIBERS, INC.,

    Defendant.

**ORDER**

Based upon the foregoing Stipulation by and between the parties.

It is hereby ORDERED that the above matter be and hereby is dismissed, on the merits, with prejudice and without costs.

Dated this 23rd day of January, 2007.

                                                          BY THE COURT

                                                          s/ Rudolph T. Randa
                                                          Hon. Randolph Randa
                                                          United States District Judge